UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62752-CIV-DIMITROULEAS

DECON ENVIRONMENTAL &
ENGINEERING, INC., a Florida
corporation,

    Plaintiff,

vs.

CABOT EAST BROWARD LEASECO, LLC.,
a foreign limited liability company,

    Defendant.
_____/

**FINAL JUDGMENT IN GARNISHMENT**

THIS CAUSE is before the Court upon the Joint Stipulation for Final Judgment in Garnishment [DE 36], filed herein on May 9, 2012. The Court has reviewed the Joint Stipulation, as well as the Answer to Writ of Garnishment [DE 29] filed by the Garnishee, Branch Banking and Trust Company (the "Garnishee"), and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Pursuant to the Joint Stipulation of the Parties, Plaintiff, DECON ENVIRONMENTAL & ENGINEERING, INC., shall have and recover from the Garnishee, Branch Banking and Trust Company, the sum of $120,000.00 (the "Settlement Sum"), which shall be paid out of the entire amount owed by Garnishee to Defendant for the April 2012 rent ($80,206.23) plus $39,793.77 out of the rent owed by Garnishee for the May 2012 rent.

2. Upon payment by Garnishee of the above-stated amount, by check payable to

"MALKA & KRAVITZ, P.A., Trust Account", Garnishee's rent obligations for the April 2012 rent ($80,206.23) shall be fully satisfied and Garnishee's rent obligations for the May 2012 rent shall be partially satisfied in the amount of $39,793.77.

3. All remaining rents owed by Garnishee to Defendant shall be paid to Defendant pursuant to the terms of the Lease agreement between the Defendant and Garnishee.

4. Upon receipt of payment of the Settlement Sum, Plaintiff shall file a Satisfaction of Judgment. Upon such filing, all outstanding Writs of Garnishment shall be extinguished as moot.

5. For all of which let execution issue.

6. The Clerk shall disburse to the Garnishee the $100.00 deposited by Plaintiff as required by statute.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of May, 2012.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record